UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BRAD EDWARD HOWARD | CIVIL ACTION |
| VERSUS | NO. |
| COMPASS MARINE SERVICES, INC. | JUDGE |
| | MAG. JUDGE |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**COMPLAINT FOR DAMAGES**
**UNDER THE JONES ACT, ETC.**

**TO THE HONORABLE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA AND THE JUDGES THEREOF:**

The Complaint of Brad Edward Howard, a person of majority age, with respect represents:

1.

Made defendant herein is Compass Marine Services, Inc., a corporation authorized to do and doing business in this state and judicial district.

2.

At all relevant times, defendant Compass owned, controlled and operated the M/V BUFORD BELL, a 70 foot pushboat in navigation, and employed plaintiff as a deckhand and member of the crew of said vessel for which job he earned $100 per day, plus found and fringe benefits.

3.

On or about September 27, 2009, while plaintiff was attempting to traverse the deck of the M/V BUFORD BELL, plaintiff suffered severe, painful and permanently disabling injuries to his lumbar spine and connective muscles, tissues and joints, as well as consequent mental and emotional suffering, due to the negligence of defendant Compass and the unseaworthiness of the M/V BUFORD BELL.

4.

The aforesaid casualty and resulting severe, painful, permanent and disabling injuries to plaintiff Brad Edward Howard has greatly impaired his wage earning capacity and, as a consequence, he is entitled to damages in the amount of ONE MILLION AND NO/100 ($1,000,000.00) DOLLARS.

5.

Jurisdiction of this cause of action against defendant Compass is based upon the Jones Act, 46 U.S.C. § 30104, et seq.

## AND FOR A SECOND CAUSE OF ACTION

6.

Plaintiff re-avers and re-alleges each and every allegation of law and fact previously pled herein as if re-pled in their entirety.

7.

As a result of the severe injuries suffered by plaintiff while in the service of the M/V BUFORD BELL as described herein, plaintiff was entitled to maintenance at the rate of $39.50 per day until plaintiff reached maximum medical cure according to his treating physician.

8.

To date, despite prompt notice and knowledge of plaintiff's shipboard injuries and consequent inability to shipboard work, defendant has arbitrarily, capriciously and without legal cause failed and/or refused to pay plaintiff maintenance, which failure has aggravated and intensified plaintiff's mental pain and suffering and emotional distress.

9.

By reason of the foregoing, plaintiff seeks and is entitled to recover from this defendant maintenance at the rate of $39.50 per day from the date of the incident in suit through plaintiff's release from his physician's care as having reached maximum medical improvement.

10.

By reason of the foregoing, plaintiff is further entitled to recover compensatory damages for defendant's willful refusal to honor its maintenance obligation in the amount of ONE HUNDRED THOUSAND AND NO/100 ($100,000.00) DOLLARS, punitive damages in an amount to be determined by this Honorable Court and reasonable attorney's fees in an amount to be set by this Court because plaintiff had to retain counsel to pursue this cause of action.

11.

Plaintiff brings this second cause of action against the aforesaid defendant pursuant to the Jones Act, 46 U.S.C. § 30104, et seq.

**WHEREFORE**, plaintiff Brad Edward Howard prays for judgment in his favor and against defendant Compass Marine Services, Inc. for compensatory damages in the amount of ONE MILLION ONE HUNDRED THOUSAND AND NO/100 ($1,100,000.00) DOLLARS, for maintenance payments of $39.50 per day from the date of the incident in suit until plaintiff reaches maximum medical cure according to his treating physician, for punitive damages as a

result of defendant's willful failure to pay maintenance, for reasonable attorney's fees incurred by plaintiff in the prosecution of his maintenance action, for legal interest on those amounts plaintiff is entitled to obtain legal interest, for all taxable costs, and for any additional general and equitable relief as the facts of this cause may require.

                Respectfully submitted,

/s Paul M. Sterbcow_____
PAUL M. STERBCOW (#17817)
DAVID A. ABRAMSON (#21435)
PATRICK J. SCHEPENS (#32240)
Lewis, Kullman, Sterbcow & Abramson
601 Poydras Street, Suite 2615
New Orleans, Louisiana 70130
(504) 588-1500

**PLEASE SERVE:**

**COMPASS MARINE SERVICES, INC.**
Through their registered agent:
Edward G. Conrad, Jr.
110 Huntlee Drive
New Orleans, LA 70137